UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MAURICE LARRY DELEE,

                                    Plaintiff,                    **ORDER**

        v.
                                                                  **09-CV-838A(F)**

SERGEANT CHARLES W. HANNIGAN, et al.,

                                    Defendants.
_____

        Plaintiff has filed a *pro se* complaint under 42 U.S.C. § 1983 and has requested

appointment of counsel pursuant to 28 U.S.C. § 1915(e)(1) (Doc. No. 31).  This Court is

required to see that all litigants receive proper representation of counsel under the

criteria set forth in Cooper v. A. Sargenti Co., 877 F.2d 170 (2d Cir. 1989), and Hodge

v. Police Officers, 802 F.2d 58 (2d Cir. 1986).  In addition, courts have the inherent

authority to assign counsel to represent private indigent litigants.  *See* In re Smiley, 36

N.Y.2d 433, 438 (1975).

        More importantly, each lawyer —  especially those who are admitted to practice

in federal court and who therefore are in a position to reap the benefits of such practice

— has an ethical obligation under the Code of Professional Responsibility to provide

*pro bono* services for the poor.  New York Code of Professional Responsibility, Canon

2, EC 2-16; EC 2-25.  "Every lawyer, regardless of professional prominence or

professional workload, should find time to participate in serving the disadvantaged."  EC

2-25.  In addition, Rule 83.1(g) of the Local Rules of Civil Procedure provides as

follows:

                Every member of the bar of this Court shall be available
                upon the Court's request for appointment to represent or
                assist in the representation of indigent parties.
                Appointments under this rule shall be made in a manner

such that no attorney shall be requested to accept more
than one appointment during any twelve month period.

It is in this spirit that the Court assigns Gerald T. Walsh, Esq. of Zdarsky, Sawicki
& Agostinelli, 404 Cathedral Place, 298 Main Street, Buffalo, New York, 14202, *pro
bono*, to faithfully and diligently represent plaintiff in this case.

The Clerk of the Court is directed to copy the file in this matter and send it to Mr.
Walsh, together with a copy of this order and the Guidelines Governing Reimbursement
from the District Court Fund of Expenses Incurred by Court Appointed Counsel.[1]

SO ORDERED.

/s/ *Leslie G. Foschio*

_____
LESLIE G. FOSCHIO
UNITED STATES MAGISTRATE JUDGE

Dated: September 20, 2010
        Buffalo, New York

---

[1] This information and the forms are also available on the Court's web site at the Attorney
Information link from the home page located at <http://www.nywd.uscourts.gov/>.