UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MAURICE LARRY DELEE,

                Plaintiff,

vs.

CHARLES HANNIGAN,
SEAN WHITE, and
DEANNA CARHART,

                Defendants.

FILED MAR 3 2017 — MARY C. LOEWENGUTH, CLERK, WESTERN DISTRICT OF NY

VERDICT FORM

Case # 09-CV-838

---

1(a). Do you find, by a preponderance of the evidence, that Defendants Charles Hannigan and/or Sean White subjected Plaintiff Maurice Larry DeLee to excessive force in violation of the Plaintiff's Eighth Amendment Constitutional rights on November 17, 2007?

| | Yes | No |
|---|---|---|
| Charles Hannigan | | ✓ |
| Sean White | | ✓ |

If you answered yes to any defendant in question (1)(a), proceed to question (1)(b). If you answered no to all defendants in question (1)(a), proceed to question (5).

1(b). Do you find, by a preponderance of the evidence, that Defendant Deanna Carhart failed to intervene in the use of excessive force on November 17, 2007?

| | Yes | No |
|---|---|---|
| Deanna Carhart | | ✓ |

If you answered yes to any defendant in question (1), proceed to question (2) as to that defendant.

2. Do you find, by a preponderance of the evidence, that Defendants Charles Hannigan and/or Sean White and/or Deanna Carhart's acts were the proximate cause of any injuries sustained by Plaintiff Maurice Larry DeLee on November 17, 2007?

| | Yes | No |
|---|---|---|
| Charles Hannigan | | ✓ |
| Sean White | | ✓ |
| Deanna Carhart | | ✓ |

COURT'S EXHIBIT 1

If you answered yes to any defendant in question (1) but no to all defendants in question (2), proceed to question (5). Only proceed to question (3) if you answered yes as to both questions (1) and (2) regarding at least one of the defendants.

3. What amount of compensatory or nominal damages will fairly and adequately compensate Plaintiff Maurice Larry DeLee for the injuries or other damages suffered as a result of the violation of his civil rights by Defendants Charles Hannigan and/or Sean White and/or Deanna Carhart?

    Compensatory Damages    $ _____
    or
    Nominal Damages         $ _____

If you find that the Plaintiff is entitled to receive compensatory or nominal damages, proceed to question (4). Otherwise, proceed to question (5).

4. What amount of punitive damages, if any, is Plaintiff Maurice Larry DeLee entitled to recover for the acts of any of the defendants against whom you found a cause of action?

    Charles Hannigan    $ _____
    Sean White          $ _____
    Deanna Carhart      $ _____

5. Was your verdict unanimous?

    Yes ✓          No _____

I certify the above verdict to be true and accurate.

3-3-17
Date

_____
Signature of Foreperson